THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARYL OLSON and DEBORAH B. OLSON, | CASE NO. C18-0419-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| HYUNDAI MERCHANT MARINE COMPANY LTD., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to dismiss certain Defendants (Dkt. No. 19). Pursuant to Federal Rule of Civil Procedure 41(a), and the parties' stipulation, the Court GRANTS the stipulated motion (Dkt. No. 19). Plaintiffs' claims against Defendants Hyundai Merchant Marine Company Ltd., Hyundai Merchant Marine (America) Inc., and Hyundai America Shipping Agency Inc. (collectively "Chartering Defendants") are DISMISSED without prejudice. Per the parties' stipulation, Plaintiffs and Defendant Zodiac Maritime Ltd. retain the right to serve and assert claims against the Chartering Defendants in the future should facts be discovered that support such claims, subject to any and all defenses that the Chartering Defendants may assert. (*See* Dkt. No. 19.)

MINUTE ORDER
C18-0419-JCC
PAGE - 1

1 The parties are DIRECTED to caption future pleadings as follows: Daryl Olson and
2 Deborah B. Olson v. Zodiac Maritime Ltd. and the M/V Hyundai Mars.
3 DATED this 11th day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk