THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARYL OLSON and DEBORAH B. OLSON, | CASE NO. C18-0419-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ZODIAC MARITIME LTD., and the M/V HYUNDAI MARS, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 25). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees. The Clerk is directed to CLOSE this case.

DATED this 26th day of March 2019.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk

MINUTE ORDER
C18-0419-JCC
PAGE - 1